# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| **FARIBA "SUE" SAFI,**<br><br>    Plaintiff,<br><br>v.<br><br>**DISCOVER FINANCIAL SERVICES a.k.a. DISCOVER CARD,**<br><br>    Defendants. | **ORDER AFFIRMING REPORT & RECOMMENDATION**<br><br>Case No. 2:14-cv-00468-CW-EJF |

This case was assigned to the United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Evelyn Furse under 28 U.S.C. § 636(b)(1)(B). Defendant Discover Financial filed a Motion for Summary Judgment. Magistrate Judge Furse issued a Report and Recommendation on August 11, 2016, recommending that Defendant's Motion for Summary Judgment be granted. The Report and Recommendation is subject to *de novo* review by this court. *See* 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b).

A hearing was held on September 29, 2016 in order to hear the plaintiff's objections to the Report and Recommendation. The Court has carefully considered the Report and Recommendation, and other supporting materials the parties submitted. After careful review of the record and the arguments by the parties, the court finds there are no issues of material fact in dispute and the court therefore AFFIRMS and ADOPTS Magistrate Judge Furse's Report and Recommendation. Accordingly, summary judgment is GRANTED as to all claims in favor of Defendants. The Clerk of Court is directed to close the case.

DATED this 3rd day of October, 2016.

BY THE COURT:

_____
CLARK WADDOUPS
United States District Judge